ELIZABETH COLE et al., complainants-respondents,

*v.*

THEODORE M. BRANDLE et al., defendants-appellants.

[Decided January 25th, 1940.]

32

34

38

40

*Mr. Abner W. Feinberg* and *Messrs. Hershenstein, O'Brien & Tartalsky,* for the appellants.

*Messrs. Wall, Haight, Carey & Hartpence,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion filed by Vice-Chancellor Fielder in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CASE, BODINE, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, HAGUE, JJ. 11.

*For reversal*—DONGES, HEHER, RAFFERTY, JJ. 3.